EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. Ain t It Cool, Inc.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 2 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 92022<br>Date Taken: 03/05/2013<br>Photo Description: Will Ferrell, Christina Applegate and Harrison Ford gear up to film scenes for \'Anchorman: The Legend Continues\' in Atlanta.<br>Cpoyright Application Date: 03/05/2013<br>Application Number: 1-939226591<br>Copyright Registration Date: 05/22/2013<br>Registration Number: VA0001865225 | Domain: www.aintitcool.com<br>URL: http://www.aintitcool.com/node/61430<br>Observed Date: 08/21/2013 |  |
| COPYRIGHTED IMAGE | INFRINGEMENT#2 OF 2 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 91969<br>Date Taken: 03/04/2013<br>Photo Description: Will Ferrell steps out of a car in full costume as Ron Burgundy.<br><br>Application Number: 1-1163736087 | Domain: www.aintitcool.com<br>URL: http://www.aintitcool.com/node/61281<br>Observed Date: 01/09/2014 |  |

x